George Unemployment Compensation Case.

Argued June 11, 1970. *Jerome A. Zaleski,* for claimant, appellant, submitted a brief; *Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Kenin *v.* Kenin, Appellant.

Argued June 8, 1970. *William D. Harris,* with him *Klovsky, Kuby and Harris,* for appellant; *Alexander Deitch,* with him *Singer & Deitch,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce a.v.m. in this case.

WRIGHT, P. J., dissents.